08-00468 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MJJ

Jonathan Lee Riches©,
Plaintiff

Civil No: 50

V.

Fareed Zakaria d/b/a Newsweek columnist,
Amy Goodman d/b/a Democracy Now Host,
Defendants

Complaint

Comes now the plaintiff, Jonathan Lee Riches, under 42 USC 1953. Goodman is violating my civil rights, she supports good treatment of U.S. troops, but tells Zakaria to write that I and federal inmates get water boarded and to cut the food budget. I'm in FCI Williamsburg solitary confinement. I have no access to vending machines, no pay phones to call, delivery, no cold water fountain, this is major abuses. Zakaria has my B.O.P. finger prints and gave them to neo conservative Interpo. to set me up on bogus fraud charges. I seek $5 million in damages.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted-
Jonathan Lee Riches©